# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

TERICA CROSSLEY                                                                                         PLAINTIFF

VS.                                          4:16-CV-00685-BRW

ARKANSAS FLAG AND BANNER                                                                      DEFENDANT

## ORDER

Plaintiff, who is *pro se*, filed her Complaint against Defendant on September 26, 2016. Plaintiff has not filed a certificate of service stating that she has served Defendant with a copy of the Complaint and summons. On July 5, 2017, I entered an order directing Ms. Crossley to file a certificate of service or provide good cause for her failure to do so by July 21, 2017, and warned that failing to do so would result in dismissal of this action. Ms. Crossley has not filed a certificate of service or provided good cause for her failure to do so, and July 21, 2017 has long passed. Accordingly, Plaintiffs Complaint is DISMISSED without prejudice.

IT IS SO ORDERED this 31st day of July, 2017.

                                                     /s/Billy Roy Wilson
                                     UNITED STATES DISTRICT JUDGE